**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Banks, Eulah Lea**               CASE NO **19-32420**
                                          CHAPTER **13**

# PROPOSED PAYMENT SCHEDULE FOR CHAPTER 13 PLAN (PRO FORMA)

The following payments schedule is a projection of the anticipated payments to be made to the creditors under the plan. This Pro Forma serves as support documentation to the debtor's proposed plan. Actual distributions by the Chapter 13 Trustee may vary.

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 1 | MONTH 2 | MONTH 3 | MONTH 4 | MONTH 5 | MONTH 6 |
|---|---|---|---|---|---|---|---|---|---|
| **Conn's Apliances** | $1,126.00 | 0.00% | $0.00 | $19.00 | $19.00 | $19.00 | $19.00 | $19.00 | $19.00 |
| **Conn's Apliances** (Arrearage) | $1,126.00 | 0.00% | $0.00 | $19.00 | $19.00 | $19.00 | $19.00 | $19.00 | $19.00 |
| **Copperfield Place POA/SCS Management Services** (Priority Arrearage) | $655.00 | 0.00% | $0.00 | $11.00 | $11.00 | $11.00 | $11.00 | $11.00 | $11.00 |
| **Cypress Auto Sales** | $15,333.53 | 0.00% | $0.00 | $510.00 | $510.00 | $510.00 | $510.00 | $510.00 | $510.00 |
| **Cypress Fairbanks ISD** (Priority Arrearage) | $6,044.24 | 0.00% | $0.00 | $0.85 | $0.85 | $16.21 | $49.37 | $49.37 | $49.37 |
| **Harris County MUD #186** (Priority Arrearage) | $779.51 | 0.00% | $0.00 | $0.11 | $0.11 | $2.09 | $6.37 | $6.37 | $6.37 |
| **Harris County Property Taxes** (Priority Arrearage) | $1,629.32 | 0.00% | $0.00 | $27.00 | $27.00 | $27.00 | $27.00 | $27.00 | $27.00 |
| **Harris County WCID #145** (Priority Arrearage) | $128.28 | 0.00% | $0.00 | $2.00 | $2.00 | $2.00 | $2.00 | $2.00 | $2.00 |
| **Law Office of J. Kurt Bouillion, PLLC.** (Attorney's Fees) | $3,000.00 | 0.00% | $0.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **Progressive Lease** | $1,016.52 | 0.00% | $0.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 |
| **Progressive Lease** | $429.36 | 0.00% | $0.00 | $160.00 | $160.00 | $109.36 | - | - | - |
| **Select Portfolio SVCG** | $93,514.00 | 0.00% | $0.00 | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 |
| **Select Portfolio SVCG** (Arrearage) | $8,866.00 | 0.00% | $0.00 | $1.24 | $1.24 | $23.77 | $72.43 | $72.43 | $72.43 |
| **Select Portfolio SVCG** | $2,473.00 | 0.00% | $0.00 | $0.35 | $0.35 | $6.63 | $20.20 | $20.20 | $20.20 |
| **Select Portfolio SVCG** (Arrearage) | $1,765.00 | 0.00% | $0.00 | $0.25 | $0.25 | $4.73 | $14.42 | $14.42 | $14.42 |
| **Snap Finance** | $1,554.12 | 0.00% | $0.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $2,825.32 | $2,825.32 | $2,825.32 | $2,825.32 | $2,825.32 | $2,825.32 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | $2,542.79 | $2,542.79 | $2,542.79 | $2,542.79 | $2,542.79 | $2,542.79 |
| DISTRIBUTION TO GENERAL UNSECURED: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $282.53 | $282.53 | $282.53 | $282.53 | $282.53 | $282.53 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 7 | MONTH 8 | MONTH 9 | MONTH 10 | MONTH 11 | MONTH 12 |
|---|---|---|---|---|---|---|---|---|---|
| **Conn's Apliances** | $1,126.00 | 0.00% | $0.00 | $19.00 | $19.00 | $19.00 | $19.00 | $19.00 | $19.00 |
| **Conn's Apliances** (Arrearage) | $1,126.00 | 0.00% | $0.00 | $19.00 | $19.00 | $19.00 | $19.00 | $19.00 | $19.00 |
| **Copperfield Place POA/SCS Management Services** (Priority Arrearage) | $655.00 | 0.00% | $0.00 | $11.00 | $11.00 | $11.00 | $11.00 | $11.00 | $11.00 |
| **Cypress Auto Sales** | $15,333.53 | 0.00% | $0.00 | $510.00 | $510.00 | $510.00 | $510.00 | $510.00 | $510.00 |
| **Cypress Fairbanks ISD** (Priority Arrearage) | $6,044.24 | 0.00% | $0.00 | $201.03 | $201.03 | $201.03 | $201.03 | $201.03 | $220.28 |
| **Harris County MUD #186** (Priority Arrearage) | $779.51 | 0.00% | $0.00 | $25.93 | $25.93 | $25.93 | $25.93 | $25.93 | $28.41 |
| **Harris County Property Taxes** (Priority Arrearage) | $1,629.32 | 0.00% | $0.00 | $27.00 | $27.00 | $27.00 | $27.00 | $27.00 | $27.00 |
| **Harris County WCID #145** (Priority Arrearage) | $128.28 | 0.00% | $0.00 | $2.00 | $2.00 | $2.00 | $2.00 | $2.00 | $2.00 |
| **Law Office of J. Kurt Bouillion, PLLC.** (Attorney's Fees) | $3,000.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Progressive Lease | $1,016.52 | 0.00% | $0.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $26.52 |
| Progressive Lease | $429.36 | 0.00% | $0.00 | - | - | - | - | - | - |
| Select Portfolio SVCG | $93,514.00 | 0.00% | $0.00 | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 |
| Select Portfolio SVCG (Arrearage) | $8,866.00 | 0.00% | $0.00 | $294.88 | $294.88 | $294.88 | $294.88 | $294.88 | $323.12 |
| Select Portfolio SVCG | $2,473.00 | 0.00% | $0.00 | $82.25 | $82.25 | $82.25 | $82.25 | $82.25 | $90.13 |
| Select Portfolio SVCG (Arrearage) | $1,765.00 | 0.00% | $0.00 | $58.70 | $58.70 | $58.70 | $58.70 | $58.70 | $64.33 |
| Snap Finance | $1,554.12 | 0.00% | $0.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $2,825.32 | $2,825.32 | $2,825.32 | $2,825.32 | $2,825.32 | $2,825.32 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | $2,542.79 | $2,542.79 | $2,542.79 | $2,542.79 | $2,542.79 | $2,542.79 |
| DISTRIBUTION TO GENERAL UNSECURED: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $282.53 | $282.53 | $282.53 | $282.53 | $282.53 | $282.53 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 13 | MONTH 14 | MONTH 15 | MONTH 16 | MONTH 17 | MONTH 18 |
|---|---|---|---|---|---|---|---|---|---|
| Conn's Apliances | $1,126.00 | 0.00% | $0.00 | $19.00 | $19.00 | $19.00 | $19.00 | $19.00 | $19.00 |
| Conn's Apliances (Arrearage) | $1,126.00 | 0.00% | $0.00 | $19.00 | $19.00 | $19.00 | $19.00 | $19.00 | $19.00 |
| Copperfield Place POA/SCS Management Services (Priority Arrearage) | $655.00 | 0.00% | $0.00 | $11.00 | $11.00 | $11.00 | $11.00 | $11.00 | $11.00 |
| Cypress Auto Sales | $15,333.53 | 0.00% | $0.00 | $510.00 | $510.00 | $510.00 | $510.00 | $510.00 | $510.00 |
| Cypress Fairbanks ISD (Priority Arrearage) | $6,044.24 | 0.00% | $0.00 | $228.33 | $228.33 | $228.33 | $228.33 | $228.33 | $248.31 |
| Harris County MUD #186 (Priority Arrearage) | $779.51 | 0.00% | $0.00 | $29.45 | $29.45 | $29.45 | $29.45 | $29.45 | $32.02 |
| Harris County Property Taxes (Priority Arrearage) | $1,629.32 | 0.00% | $0.00 | $27.00 | $27.00 | $27.00 | $27.00 | $27.00 | $27.00 |
| Harris County WCID #145 (Priority Arrearage) | $128.28 | 0.00% | $0.00 | $2.00 | $2.00 | $2.00 | $2.00 | $2.00 | $2.00 |
| Law Office of J. Kurt Bouillion, PLLC. (Attorney's Fees) | $3,000.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Progressive Lease | $1,016.52 | 0.00% | $0.00 | - | - | - | - | - | - |
| Progressive Lease | $429.36 | 0.00% | $0.00 | - | - | - | - | - | - |
| Select Portfolio SVCG | $93,514.00 | 0.00% | $0.00 | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 |
| Select Portfolio SVCG (Arrearage) | $8,866.00 | 0.00% | $0.00 | $334.92 | $334.92 | $334.92 | $334.92 | $334.92 | $364.23 |
| Select Portfolio SVCG | $2,473.00 | 0.00% | $0.00 | $93.42 | $93.42 | $93.42 | $93.42 | $93.42 | $101.60 |
| Select Portfolio SVCG (Arrearage) | $1,765.00 | 0.00% | $0.00 | $66.67 | $66.67 | $66.67 | $66.67 | $66.67 | $72.51 |
| Snap Finance | $1,554.12 | 0.00% | $0.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $24.12 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $2,825.32 | $2,825.32 | $2,825.32 | $2,825.32 | $2,825.32 | $2,825.32 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | $2,542.79 | $2,542.79 | $2,542.79 | $2,542.79 | $2,542.79 | $2,542.79 |
| DISTRIBUTION TO GENERAL UNSECURED: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $282.53 | $282.53 | $282.53 | $282.53 | $282.53 | $282.53 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 19 | MONTH 20 | MONTH 21 | MONTH 22 | MONTH 23 | MONTH 24 |
|---|---|---|---|---|---|---|---|---|---|
| Conn's Apliances | $1,126.00 | 0.00% | $0.00 | $19.00 | $19.00 | $19.00 | $19.00 | $19.00 | $19.00 |
| Conn's Apliances (Arrearage) | $1,126.00 | 0.00% | $0.00 | $19.00 | $19.00 | $19.00 | $19.00 | $19.00 | $19.00 |
| Copperfield Place POA/SCS Management Services (Priority Arrearage) | $655.00 | 0.00% | $0.00 | $11.00 | $11.00 | $11.00 | $11.00 | $11.00 | $11.00 |
| Cypress Auto Sales | $15,333.53 | 0.00% | $0.00 | $510.00 | $510.00 | $510.00 | $510.00 | $510.00 | $510.00 |
| Cypress Fairbanks ISD (Priority Arrearage) | $6,044.24 | 0.00% | $0.00 | $255.62 | $255.62 | $255.62 | $255.62 | $255.62 | $255.62 |
| Harris County MUD #186 (Priority Arrearage) | $779.51 | 0.00% | $0.00 | $32.97 | $32.97 | $32.97 | $32.97 | $32.97 | $32.97 |
| Harris County Property Taxes (Priority Arrearage) | $1,629.32 | 0.00% | $0.00 | $27.00 | $27.00 | $27.00 | $27.00 | $27.00 | $27.00 |
| Harris County WCID #145 (Priority Arrearage) | $128.28 | 0.00% | $0.00 | $2.00 | $2.00 | $2.00 | $2.00 | $2.00 | $2.00 |
| Law Office of J. Kurt Bouillion, PLLC. (Attorney's Fees) | $3,000.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Progressive Lease | $1,016.52 | 0.00% | $0.00 | - | - | - | - | - | - |
| Progressive Lease | $429.36 | 0.00% | $0.00 | - | - | - | - | - | - |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | | | | | |
|---|---|---|---|---|---|---|---|---|
| Select Portfolio SVCG | $93,514.00 | 0.00% | $0.00 | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 |
| Select Portfolio SVCG (Arrearage) | $8,866.00 | 0.00% | $0.00 | $374.96 | $374.96 | $374.96 | $374.96 | $374.96 | $374.96 |
| Select Portfolio SVCG | $2,473.00 | 0.00% | $0.00 | $104.59 | $104.59 | $104.59 | $104.59 | $104.59 | $104.59 |
| Select Portfolio SVCG (Arrearage) | $1,765.00 | 0.00% | $0.00 | $74.65 | $74.65 | $74.65 | $74.65 | $74.65 | $74.65 |
| Snap Finance | $1,554.12 | 0.00% | $0.00 | - | - | - | - | - | - |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $2,825.32 | $2,825.32 | $2,825.32 | $2,825.32 | $2,825.32 | $2,825.32 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | $2,542.79 | $2,542.79 | $2,542.79 | $2,542.79 | $2,542.79 | $2,542.79 |
| DISTRIBUTION TO GENERAL UNSECURED: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $282.53 | $282.53 | $282.53 | $282.53 | $282.53 | $282.53 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 25 | MONTH 26 | MONTH 27 | MONTH 28 | MONTH 29 | MONTH 30 |
|---|---|---|---|---|---|---|---|---|---|
| Conn's Apliances | $1,126.00 | 0.00% | $0.00 | $19.00 | $19.00 | $19.00 | $19.00 | $19.00 | $19.00 |
| Conn's Apliances (Arrearage) | $1,126.00 | 0.00% | $0.00 | $19.00 | $19.00 | $19.00 | $19.00 | $19.00 | $19.00 |
| Copperfield Place POA/SCS Management Services (Priority Arrearage) | $655.00 | 0.00% | $0.00 | $11.00 | $11.00 | $11.00 | $11.00 | $11.00 | $11.00 |
| Cypress Auto Sales | $15,333.53 | 0.00% | $0.00 | $510.00 | $510.00 | $510.00 | $510.00 | $510.00 | $510.00 |
| Cypress Fairbanks ISD (Priority Arrearage) | $6,044.24 | 0.00% | $0.00 | $255.62 | $255.62 | $255.62 | $255.62 | $255.62 | $255.62 |
| Harris County MUD #186 (Priority Arrearage) | $779.51 | 0.00% | $0.00 | $32.97 | $32.97 | $32.97 | $32.97 | $32.97 | $32.97 |
| Harris County Property Taxes (Priority Arrearage) | $1,629.32 | 0.00% | $0.00 | $27.00 | $27.00 | $27.00 | $27.00 | $27.00 | $27.00 |
| Harris County WCID #145 (Priority Arrearage) | $128.28 | 0.00% | $0.00 | $2.00 | $2.00 | $2.00 | $2.00 | $2.00 | $2.00 |
| Law Office of J. Kurt Bouillion, PLLC. (Attorney's Fees) | $3,000.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Progressive Lease | $1,016.52 | 0.00% | $0.00 | - | - | - | - | - | - |
| Progressive Lease | $429.36 | 0.00% | $0.00 | - | - | - | - | - | - |
| Select Portfolio SVCG | $93,514.00 | 0.00% | $0.00 | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 |
| Select Portfolio SVCG (Arrearage) | $8,866.00 | 0.00% | $0.00 | $374.96 | $374.96 | $374.96 | $374.96 | $374.96 | $374.96 |
| Select Portfolio SVCG | $2,473.00 | 0.00% | $0.00 | $104.59 | $104.59 | $104.59 | $104.59 | $104.59 | $104.59 |
| Select Portfolio SVCG (Arrearage) | $1,765.00 | 0.00% | $0.00 | $74.65 | $74.65 | $74.65 | $74.65 | $74.65 | $74.65 |
| Snap Finance | $1,554.12 | 0.00% | $0.00 | - | - | - | - | - | - |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $2,825.32 | $2,825.32 | $2,825.32 | $2,825.32 | $2,825.32 | $2,825.32 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | $2,542.79 | $2,542.79 | $2,542.79 | $2,542.79 | $2,542.79 | $2,542.79 |
| DISTRIBUTION TO GENERAL UNSECURED: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $282.53 | $282.53 | $282.53 | $282.53 | $282.53 | $282.53 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 31 | MONTH 32 | MONTH 33 | MONTH 34 | MONTH 35 | MONTH 36 |
|---|---|---|---|---|---|---|---|---|---|
| Conn's Apliances | $1,126.00 | 0.00% | $0.00 | $556.00 | - | - | - | - | - |
| Conn's Apliances (Arrearage) | $1,126.00 | 0.00% | $0.00 | $143.63 | $412.37 | - | - | - | - |
| Copperfield Place POA/SCS Management Services (Priority Arrearage) | $655.00 | 0.00% | $0.00 | $14.72 | $310.28 | - | - | - | - |
| Cypress Auto Sales | $15,333.53 | 0.00% | $0.00 | $33.53 | - | - | - | - | - |
| Cypress Fairbanks ISD (Priority Arrearage) | $6,044.24 | 0.00% | $0.00 | $195.36 | - | - | - | - | - |
| Harris County MUD #186 (Priority Arrearage) | $779.51 | 0.00% | $0.00 | $25.20 | - | - | - | - | - |
| Harris County Property Taxes (Priority Arrearage) | $1,629.32 | 0.00% | $0.00 | $36.12 | $659.64 | $123.56 | - | - | - |
| Harris County WCID #145 (Priority Arrearage) | $128.28 | 0.00% | $0.00 | $2.68 | $48.50 | $17.10 | - | - | - |
| Law Office of J. Kurt Bouillion, PLLC. (Attorney's Fees) | $3,000.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Progressive Lease | $1,016.52 | 0.00% | $0.00 | - | - | - | - | - | - |
| Progressive Lease | $429.36 | 0.00% | $0.00 | - | - | - | - | - | - |
| Select Portfolio SVCG | $93,514.00 | 0.00% | $0.00 | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 |
| Select Portfolio SVCG (Arrearage) | $8,866.00 | 0.00% | $0.00 | $286.57 | - | - | - | - | - |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Select Portfolio SVCG | $2,473.00 | 0.00% | $0.00 | $79.95 | - | - | - | - | - |
| Select Portfolio SVCG (Arrearage) | $1,765.00 | 0.00% | $0.00 | $57.05 | - | - | - | - | - |
| Snap Finance | $1,554.12 | 0.00% | $0.00 | - | - | - | - | - | - |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $2,825.32 | $2,825.32 | $2,825.32 | $2,825.32 | $2,825.32 | $2,825.32 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | $2,542.79 | $2,542.79 | $1,252.66 | $1,112.00 | $1,112.00 | $1,112.00 |
| DISTRIBUTION TO GENERAL UNSECURED: | | | | $0.00 | $0.00 | $1,290.12 | $1,430.79 | $1,430.79 | $1,430.79 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $282.53 | $282.53 | $282.53 | $282.53 | $282.53 | $282.53 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 37 | MONTH 38 | MONTH 39 | MONTH 40 | MONTH 41 | MONTH 42 |
|---|---|---|---|---|---|---|---|---|---|
| Conn's Apliances | $1,126.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| Conn's Apliances (Arrearage) | $1,126.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| Copperfield Place POA/SCS Management Services (Priority Arrearage) | $655.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| Cypress Auto Sales | $15,333.53 | 0.00% | $0.00 | - | - | - | - | - | - |
| Cypress Fairbanks ISD (Priority Arrearage) | $6,044.24 | 0.00% | $0.00 | - | - | - | - | - | - |
| Harris County MUD #186 (Priority Arrearage) | $779.51 | 0.00% | $0.00 | - | - | - | - | - | - |
| Harris County Property Taxes (Priority Arrearage) | $1,629.32 | 0.00% | $0.00 | - | - | - | - | - | - |
| Harris County WCID #145 (Priority Arrearage) | $128.28 | 0.00% | $0.00 | - | - | - | - | - | - |
| Law Office of J. Kurt Bouillion, PLLC. (Attorney's Fees) | $3,000.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Progressive Lease | $1,016.52 | 0.00% | $0.00 | - | - | - | - | - | - |
| Progressive Lease | $429.36 | 0.00% | $0.00 | - | - | - | - | - | - |
| Select Portfolio SVCG | $93,514.00 | 0.00% | $0.00 | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 |
| Select Portfolio SVCG (Arrearage) | $8,866.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| Select Portfolio SVCG | $2,473.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| Select Portfolio SVCG (Arrearage) | $1,765.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| Snap Finance | $1,554.12 | 0.00% | $0.00 | - | - | - | - | - | - |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $2,825.32 | $2,825.32 | $2,825.32 | $2,825.32 | $2,825.32 | $2,825.32 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 |
| DISTRIBUTION TO GENERAL UNSECURED: | | | | $1,430.79 | $1,430.79 | $1,430.79 | $1,430.79 | $1,430.79 | $1,430.79 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $282.53 | $282.53 | $282.53 | $282.53 | $282.53 | $282.53 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 43 | MONTH 44 | MONTH 45 | MONTH 46 | MONTH 47 | MONTH 48 |
|---|---|---|---|---|---|---|---|---|---|
| Conn's Apliances | $1,126.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| Conn's Apliances (Arrearage) | $1,126.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| Copperfield Place POA/SCS Management Services (Priority Arrearage) | $655.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| Cypress Auto Sales | $15,333.53 | 0.00% | $0.00 | - | - | - | - | - | - |
| Cypress Fairbanks ISD (Priority Arrearage) | $6,044.24 | 0.00% | $0.00 | - | - | - | - | - | - |
| Harris County MUD #186 (Priority Arrearage) | $779.51 | 0.00% | $0.00 | - | - | - | - | - | - |
| Harris County Property Taxes (Priority Arrearage) | $1,629.32 | 0.00% | $0.00 | - | - | - | - | - | - |
| Harris County WCID #145 (Priority Arrearage) | $128.28 | 0.00% | $0.00 | - | - | - | - | - | - |
| Law Office of J. Kurt Bouillion, PLLC. (Attorney's Fees) | $3,000.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Progressive Lease | $1,016.52 | 0.00% | $0.00 | - | - | - | - | - | - |
| Progressive Lease | $429.36 | 0.00% | $0.00 | - | - | - | - | - | - |
| Select Portfolio SVCG | $93,514.00 | 0.00% | $0.00 | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 |
| Select Portfolio SVCG (Arrearage) | $8,866.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| Select Portfolio SVCG | $2,473.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| Select Portfolio SVCG (Arrearage) | $1,765.00 | 0.00% | $0.00 | - | - | - | - | - | - |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | | | | | |
|---|---|---|---|---|---|---|---|---|
| Snap Finance | $1,554.12 | 0.00% | $0.00 | - | - | - | - | - | - |
| | DEBTOR'S PAYMENT TO TRUSTEE: | | | $2,825.32 | $2,825.32 | $2,825.32 | $2,825.32 | $2,825.32 | $2,825.32 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 |
| | DISTRIBUTION TO GENERAL UNSECURED: | | | $1,430.79 | $1,430.79 | $1,430.79 | $1,430.79 | $1,430.79 | $1,430.79 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $282.53 | $282.53 | $282.53 | $282.53 | $282.53 | $282.53 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 49 | MONTH 50 | MONTH 51 | MONTH 52 | MONTH 53 | MONTH 54 |
|---|---|---|---|---|---|---|---|---|---|
| Conn's Apliances | $1,126.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| Conn's Apliances (Arrearage) | $1,126.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| Copperfield Place POA/SCS Management Services (Priority Arrearage) | $655.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| Cypress Auto Sales | $15,333.53 | 0.00% | $0.00 | - | - | - | - | - | - |
| Cypress Fairbanks ISD (Priority Arrearage) | $6,044.24 | 0.00% | $0.00 | - | - | - | - | - | - |
| Harris County MUD #186 (Priority Arrearage) | $779.51 | 0.00% | $0.00 | - | - | - | - | - | - |
| Harris County Property Taxes (Priority Arrearage) | $1,629.32 | 0.00% | $0.00 | - | - | - | - | - | - |
| Harris County WCID #145 (Priority Arrearage) | $128.28 | 0.00% | $0.00 | - | - | - | - | - | - |
| Law Office of J. Kurt Bouillion, PLLC. (Attorney's Fees) | $3,000.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Progressive Lease | $1,016.52 | 0.00% | $0.00 | - | - | - | - | - | - |
| Progressive Lease | $429.36 | 0.00% | $0.00 | - | - | - | - | - | - |
| Select Portfolio SVCG | $93,514.00 | 0.00% | $0.00 | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 |
| Select Portfolio SVCG (Arrearage) | $8,866.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| Select Portfolio SVCG | $2,473.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| Select Portfolio SVCG (Arrearage) | $1,765.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| Snap Finance | $1,554.12 | 0.00% | $0.00 | - | - | - | - | - | - |
| | DEBTOR'S PAYMENT TO TRUSTEE: | | | $2,825.32 | $2,825.32 | $2,825.32 | $2,825.32 | $2,825.32 | $2,825.32 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 |
| | DISTRIBUTION TO GENERAL UNSECURED: | | | $1,430.79 | $1,430.79 | $1,430.79 | $1,430.79 | $1,430.79 | $1,430.79 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $282.53 | $282.53 | $282.53 | $282.53 | $282.53 | $282.53 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 55 | MONTH 56 | MONTH 57 | MONTH 58 | MONTH 59 | MONTH 60 |
|---|---|---|---|---|---|---|---|---|---|
| Conn's Apliances | $1,126.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| Conn's Apliances (Arrearage) | $1,126.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| Copperfield Place POA/SCS Management Services (Priority Arrearage) | $655.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| Cypress Auto Sales | $15,333.53 | 0.00% | $0.00 | - | - | - | - | - | - |
| Cypress Fairbanks ISD (Priority Arrearage) | $6,044.24 | 0.00% | $0.00 | - | - | - | - | - | - |
| Harris County MUD #186 (Priority Arrearage) | $779.51 | 0.00% | $0.00 | - | - | - | - | - | - |
| Harris County Property Taxes (Priority Arrearage) | $1,629.32 | 0.00% | $0.00 | - | - | - | - | - | - |
| Harris County WCID #145 (Priority Arrearage) | $128.28 | 0.00% | $0.00 | - | - | - | - | - | - |
| Law Office of J. Kurt Bouillion, PLLC. (Attorney's Fees) | $3,000.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Progressive Lease | $1,016.52 | 0.00% | $0.00 | - | - | - | - | - | - |
| Progressive Lease | $429.36 | 0.00% | $0.00 | - | - | - | - | - | - |
| Select Portfolio SVCG | $93,514.00 | 0.00% | $0.00 | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 |
| Select Portfolio SVCG (Arrearage) | $8,866.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| Select Portfolio SVCG | $2,473.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| Select Portfolio SVCG (Arrearage) | $1,765.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| Snap Finance | $1,554.12 | 0.00% | $0.00 | - | - | - | - | - | - |
| | DEBTOR'S PAYMENT TO TRUSTEE: | | | $2,825.32 | $2,825.32 | $2,825.32 | $2,825.32 | $2,825.32 | $2,825.32 |

Case 19-32420 Document 19 Filed in TXSB on 05/14/19 Page 6 of 6

| | | | | | | |
|---|---|---|---|---|---|---|
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 | $1,112.00 |
| DISTRIBUTION TO GENERAL UNSECURED: | $1,430.79 | $1,430.79 | $1,430.79 | $1,430.79 | $1,430.79 | $1,430.79 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | $282.53 | $282.53 | $282.53 | $282.53 | $282.53 | $282.53 |